UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDUARDO JACOBS,

    Plaintiff,

-v-                                    Case No. 2:15-cv-10516

WAYNE COUNTY SHERIFF          Hon. Denise Page Hood
DEPUTY RAYMON ALAM, et al.,    Mag. Judge Michael J. Hluchaniuk

    Defendants.

---

## EXPERT WITNESS LIST BY
## DEFENDANTS RAYMON ALAM AND DAVE WEINMAN

Defendants Raymon Alam and Dave Weinman, through their undersigned attorneys, and for their expert witness list, state that the following expert witness may be called to provide expert opinions in this case, and/or to provide rebuttal testimony to Plaintiff Eduardo Jacobs' expert witnesse(s):

1.    Corporal Rebecca Benton, Wayne County Sheriff's Office, Firearms Expert.

Dated: May 27, 2016                Respectfully submitted,

                                              By: /s/*Davidde A. Stella*
                                              Zenna Elhasan (P67961)
                                              **Wayne County Corporation Counsel**
                                              Davidde A. Stella (P69948)
                                              Assistant Corporation Counsel
                                              Attorneys for Defendants
                                              500 Griswold St., 30th Floor
                                              Detroit MI 48226
                                              (313) 224-5030
                                              dstella@waynecounty.com

2

## CERTIFICATE OF SERVICE

      I certify that on May 27, 2016, I filed a copy of the foregoing with the Clerk of the Court using the electronic filing system which will send electronic notification of this filing to all parties.

                                              /s/*Susan Sweetman*
                                              Susan Sweetman, PP, CLP
                                              Paralegal