UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDUARDO JACOBS,

    Plaintiff,                      Case No.:2:15-CV-10516

                                      HON. Denise Page Hood

v.                                 Mag. Judge Michael J. Hluchaniuk

WAYNE COUNTY SHERIFF
DEPUTY RAYMON ALAM,
DETROIT POLICE OFFICER
DAMON KIMBROUGH, DETROIT
POLICE OFFICER MICHAEL
KNOX, and WAYNE COUNTY
SHERIFF DEPUTY DAVE
WEINMAN, in their individual
capacities, jointly and severally,

    Defendants.

_____

**AMENDED EXPERT WITNESS LIST BY PLAINTIFF EDUARDO JACOBS**

    NOW COMES the Plaintiff, Eduardo Jacobs, by and through his attorneys, HAMMOUD DAKHLALLAH & ASSOCIATES, PLLC, and hereby identifies the following expert witnesses who may be called to provide expert opinions in this case, and/or to provide rebuttal testimony to Defendants' expert witness(es):

1. John Sase, SASE Associates, LLC, Forensic Economist.

1

2. Brandon Giroux, Giroux Forensic Inc., Firearms Expert.

3. William Cousins, William J. Cousins & Associates, Use of Force Expert.

                                                  Respectfully submitted,

                                                  HAMMOUD DAKHLALLAH & ASSOCIATES, PLLC

                                                  */s/ Kassem M. Dakhlallah*
                                                  Kassem M. Dakhlallah (P70842)
                                                  Attorney for Plaintiff
                                                  6050 Greenfield Rd., Ste. 201
                                                  Dearborn, MI 48126
                                                  Ph.: (313) 581-3038
                                                  Email: kd@hdalawgroup.com

Dated: June 13, 2016

---

PROOF OF SERVICE

The Undersigned certifies that the forgoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on this 13th day of June, 2016.

☐ US Mail          ☐ Fax
☐ Hand Delivered  ☐ UPS
☐ Fed.Express     X – E-File & Serve

Signature  */s/ Mohamed A. Nehme*