# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDUARDO JACOBS,

    Plaintiff,

-v-

WAYNE COUNTY SHERIFF DEPUTY RAYMON ALAM, et al.,

    Defendants.

Case No. 2:15-cv-10516

Hon. Denise Page Hood

Mag. Judge Michael J. Hluchaniuk

## AMENDED EXPERT WITNESS LIST BY DEFENDANTS RAYMON ALAM AND DAVE WEINMAN

Defendants Raymon Alam and Dave Weinman, through their undersigned attorneys, and for their expert witness list, state that the following expert witness may be called to provide expert opinions in this case, and/or to provide rebuttal testimony to Plaintiff Eduardo Jacobs' expert witnesse(s):

1. Corporal Rebecca Benton, Wayne County Sheriff's Office, Firearms Expert.

2. Daniel J. Grant, Law Enforcement Consultant, Use of Force Expert.

Dated: June 29, 2016

Respectfully submitted,

By: /s/*Davidde A. Stella*
Zenna Elhasan (P67961)
**Wayne County Corporation Counsel**
Davidde A. Stella (P69948)
Assistant Corporation Counsel
Attorneys for Defendants
500 Griswold St., 30th Floor
Detroit MI 48226

1

                                                (313) 224-5030
                                                dstella@waynecounty.com

                                            Attorneys for Alam and Weinman

## CERTIFICATE OF SERVICE

      I certify that on June 29, 2016, I filed a copy of the foregoing with the Clerk of the Court using the electronic filing system which will send electronic notification of this filing to all parties.

                                            /s/*Susan Sweetman*
                                            Susan Sweetman, PP, CLP
                                            Paralegal