UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDUARDO JACOBS,

        Plaintiff,        CASE NO. 15-10516
                                            HON. DENISE PAGE HOOD

v.

RAYMON ALAM, *et al.*,

        Defendants.
_____/

## ORDER REGARDING VARIOUS MOTIONS [#231] [232] [#240] [241]

The following matters were brought before the Court during the trial, *Jacobs v. Alam et al.* This Order pertains to Plaintiff's Motion Regarding Defendants' Claim of Privilege and Work Product, Plaintiff's Motion to Exclude Testimony of Andrew Guntzviller and Lance Sullivan, Defendants' Motion for Order to Show Cause Why Michelle Dotson Should Not be Held in Contempt for Failure to Respond to Subpoena, and Defendants' Motion to Strike Proposed Rebuttal Witnesses.

For the reasons stated on the record, Plaintiff's Motion Regarding Defendants Claim of Privilege and Work Product is DENIED.

For the reasons stated on the record, Plaintiff's Motion to Exclude Testimony of Andrew Guntzviller and Lance Sullivan is DENIED.

1

Defendants' stated on the record their intentions not to pursue the testimony of Michelle Dotson and Defendants' Motion for Order to Show Cause Why Michelle Dotson Should Not be Held in Contempt for Failure to Respond to Subpoena [#240] is MOOT.

For the reasons stated on the record, Defendant's Motion to Strike Proposed Rebuttal Witnesses [#241] is GRANTED in Part and DENIED in Part. The Court finds that the testimonies of Mr. Cousins and Dr. Truccone are not permitted for the reasons stated on the record. The Court allowed the testimony of Dr. Venya, permitted he was able to produce the relevant medical records before testifying. However, due to scheduling conflicts, Dr. Venya did not testify.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion Regarding Defendants' Claim of Privilege and Work Product [#231] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Exclude Testimony of Andrew Guntzviller and Lance Sullivan [#232] is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Order to Show Cause Why Michelle Dotson Should Not Be Held in Contempt for Failure to Respond to Subpoena [#240] is MOOT.

IT IS FURTHER ORDERED Defendant's Motion to Strike Proposed Rebuttal Witnesses [#241] is GRANTED in Part and DENIED in Part.

s/Denise Page Hood
                                                            DENISE PAGE HOOD
DATED:  December 23, 2019                                   Chief United States District Judge