# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDUARDO JACOBS,

        Plaintiff,        CASE NO. 15-10516
                                    HON. DENISE PAGE HOOD

v.

RAYMON ALAM, *et al.*,

        Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S MOTIONS [#264] [#265] [#266] [#267] [#268] [#269]

This matter is now before the Court on Plaintiff Eduardo Jacob's ("Plaintiff") various post-judgment motions. Following the jury's verdict in favor of Defendants Raymon Alam, Damon Kimbrough, and Dave Weinman, Plaintiff filed six motions concerning alleged witness intimidation, juror tampering, and other issues with the Court. The Court declines to discuss these motions on the merits because they were filed by Plaintiff personally and not through his attorneys. The Court finds that Plaintiff is not entitled to hybrid representation and disregards Plaintiff's pro se filings. *Chasteen v. Jackson*, No. 1:09-CV-413, 2012 WL 1564493, at *2 (S.D. Ohio May 3, 2012) The Court **STRIKES** Plaintiff's pro se filings. [ECF No. 264] [ECF No. 265] [ECF No. 266] [ECF No. 267] [ECF No. 268] [ECF No. 269]

1

For the reasons set forth above,

IT IS HEREBY ORDERED that Plaintiff's post-judgment pro se Motions [#264] [#265] [#266] [#267] [#268] [269] are **DENIED** and **STRICKEN**.

                                                                     s/Denise Page Hood
                                                                      DENISE PAGE HOOD
DATED: December 23, 2019            Chief United States District Judge